**❮❯ KREINDLER & KREINDLER** LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/18/2018

*ENDORSEMENT*

June 18, 2018   *The schedule is modified*

*as follows :*

**Via ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Defendant's submission : July 16, 2018*
*Government's submission : July 23, 2018*
*Sentencing : August 7, 2018 at 2:30 pm.*

*So Ordered.*

Re:    *United States v. Matthew Souchet*, 17-cr-545 (NRB)

*[signature] Duchwald,*
*USDJ*

Dear Judge Buchwald:

*6/18/18*

I am defense counsel to defendant Matthew Souchet in the above-captioned case, having been appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, who is scheduled to be sentenced on June 27, 2018. I write with the government's consent to ask that the Court adjourn Mr. Souchet's sentencing by 30 days, with deadlines for the sentencing submissions adjusted accordingly.

I have been on trial from June 4, 2018 in the Southern District of New York before Hon. Katherine Forrest in *U.S. v. Shulaya et al.*, 17 Cr. 350 (KBF), with the jury currently deliberating. Additionally, I am awaiting certain records that I expect will bear on Mr. Souchet's sentencing, including, among other things, the Presentence Investigation Report from Mr. Souchet's prior case (13 Cr. 894 (S.D.N.Y.)). No prior extension has been requested and assistant United States Attorney Drew Johnson-Skinner has agreed to this request.

Respectfully submitted,

/s/

MEGAN WOLFE BENETT, Esq.
Attorney for defendant Matthew Souchet
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel.:   (212) 973-3406
Fax:   (212) 972-9432
Email: mbenett@kreindler.com

cc:    assistant United States Attorney Drew Johnson-Skinner via ECF

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469 Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100 Fax: (617) 424-9120